■ MARY A. VAN SCOOTER, Individually and as Administratrix of the Estate of JOHN E. VAN SCOOTER, Deceased, Appellant, v 450 TRABOLD ROAD, INC., Doing Business as WECKESSER BRICK Co., et al., Respondents. (Appeal No. 2.) [616 NYS2d 281] — Appeal unanimously dismissed without costs *(see,* CPLR 5501 [a] [2]). (Appeal from Order of Supreme Court, Monroe County, Affronti, J.—New Trial.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.